ANNA L. GAHAN, Respondent, v. ANDREW T. GAHAN, Appellant.— Motion granted, with ten dollars costs, unless, within thirty days, appellant pays said costs and perfects his appeal, in which event motion is denied.

ALICE C. GARNSEY, Respondent, v. HENRY D. DEGENER, Appellant.— Motion denied, without costs.

WILLIAM F. GRIGSBY, Appellant, v. EVERETT L. HUBBARD, Respondent.— Motion denied, with ten dollars costs, and stay vacated.

Before STATE INDUSTRIAL BOARD, Respondent. MARY HAMILL, Respondent, v. MOREDALL REALTY COMPANY and Another, Appellants.— Award unanimously affirmed, with costs to the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. NINA F. HARMON, Respondent, v. SCHULTE, INC., and Another, Appellants.— Award reversed and claim remitted, with costs against the State Industrial Board. All concur.

Before STATE INDUSTRIAL BOARD, Respondent. ADELAIDE HARRIS, Respondent, v. METROPOLITAN LIFE INSURANCE COMPANY and Another, Appellants.— Award unanimously affirmed, with costs to the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. PHŒBE HENDERSON, Respondent, v. WILLIAM SCHALL & COMPANY and Another, Appellants.— Award reversed and claim dismissed, with costs against the State Industrial Board, on the ground that the award rests on the uncorroborated hearsay statements of the deceased. All concur.

JOHN HENRIKSEN, Respondent, v. WALSH CONSTRUCTION COMPANY, Appellant.— Motion granted, with ten dollars costs.

HUDSON VALLEY RAILWAY COMPANY, Respondent, v. UNITED TRANSPORTATION Co., INC., Appellant.— Order unanimously affirmed, with ten ·dollars costs and disbursements.

JOHN L. JACKSON, Respondent, v. RUBY H. TALLMADGE and Another, Appellants.— Motion denied, with ten dollars costs.

Before STATE INDUSTRIAL BOARD, Respondent. ALBERT KARASIK, Respondent, v. HELFAND SHOE COMPANY and Another, Appellants.— Award unanimously affirmed, with costs to the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. EVELYN KETCHUM, Respondent, v. AMERICAN RAILWAY EXPRESS COMPANY, Appellant.— Award reversed, and claim dismissed, with costs against the State Industrial Board, on the ground that the award rests on the uncorroborated hearsay statements of the deceased. All concur.

Before STATE INDUSTRIAL BOARD, Respondent. EFFIE KING, Respondent, v. ICE SERVICE Co., INC., and Another, Appellants.— Award unanimously affirmed, with costs to the State Industrial Board.

JOSEPH LADUE, Respondent, v. EZRA MUSAW, Appellant.— Judgment and orders unanimously affirmed, with costs.